IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIM. NO. 15-10338-FDS

v.

RAFAEL LEONER-AGUIRRE

**DEFENDANT LEONER-AGUIRRE'S MOTION IN LIMINE TO EXCLUDE EVIDENCE RE CRIMINAL CONDUCT AFTER 4/16/14**

Defendant Rafael Leoner-Aguirre hereby moves *in limine* that the government be excluded from presenting evidence of any criminal conduct allegedly occurring after April 16, 2014, with the exception of evidence that the Court finds admissible relating to the alleged conspiracy to murder CW-2. As grounds therefor:

Leoner-Aguirre was arrested on April 16, 2014 for a shooting and has been incarcerated since. The only criminal conduct occurring after 4/16/14 that the Fifth Superseding Indictment alleges that Leoner-Aguirre was involved in furthering was an alleged conspiracy to kill CW-2. The government should be excluded from offering evidence of any other alleged criminal conduct occurring after 4/16/14.

Rafael Leoner-Aguirre
By his Attorney,
/s/ *Keith Halpern*
Keith Halpern
BBO # 545282
572 Washington Street, Suite 19
Wellesley, MA 02482
(617) 722-9952

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 26, 2017.

/s/ *Keith Halpern*