# Exhibit A

1. **Have you, any family members or friends ever worked for any federal, state or local law enforcement agency?**

    ___YES        ___NO

    If YES, who, what agency, how long and highest rank achieved?



2. **Have you, any family members ever worked for the United States Government?**

    ___YES        ___NO

    If YES, who and what agency?

3. **This case involves allegations that the defendants are members of a gang known as MS-13. Have you ever heard or read of MS-13?**

    ___YES        ___NO

    If so, what have you heard or read?



    What was your reaction to what you have heard or read?



    Does anything that you have heard about MS-13 make it more likely that you would have difficulty judging the defendants impartially, based only on the evidence you hear or read in the courtroom?

    ___YES        ___NO

    If YES, please explain.

4. **Does the fact that this case relates to alleged gang membership give you any cause for concern?**

    \_\_YES    \_\_NO

5. **Have you or anyone close to you ever been affected in any way by any gang or member of a gang?**

    \_\_YES    \_\_NO

    **If yes, please explain.**

6. **Many of the defendants do not speak English as their primary language and will need the aid of an interpreter at trial. Does this fact cause you to view the defendants less favorably?**

    \_\_YES    \_\_NO

7. **Many of the defendants are Hispanic. Does that fact cause you to view them less favorably?**

    \_\_YES    \_\_NO

    **If yes, please explain.**


    **Does that fact affect your view of their guilt or innocence in any way?**

    \_\_YES    \_\_NO

    **If yes, please explain.**

8. **This case involves a number of defendants all alleged to be members of MS-13. Would you have any difficulty judging each defendant independently?**

      ___YES      ___NO

      **If yes, please explain.**

9. **Have you or anyone close to you ever been a victim of a crime?**

      ___YES      ___NO

      **If yes, please explain.**