UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim **No. 1:15-cr-10338-FDS** |
| | ) |
| MODESTO RAMIREZ | ) |

**MOTION – VOIR DIRE OF PROSPECTIVE JURORS**

Now comes the Defendant in the above-numbered Indictments and requests, pursuant to Fed. R. Crim. Pro. 24(a), that this Court put the following questions to each person called as a juror in order that the Defendant may intelligently exercise his right to peremptory challenges, and to ensure that each juror stands indifferent in this case and is not affected by any bias, prejudice, or interest.

The Defendant further moves that these questions be put to each juror individually and outside the presence of other persons about to be called as jurors, or already called.

1. Did any members of the jury panel know one another before assembling for this jury panel? If so, in what way?

2. Have you ever served previously as a member of a trial jury? If so, when and in which court? Was it on a civil or criminal case? Were you allowed to reach a verdict? What was the outcome of the trial? Have you ever served as a foreperson on a jury? Was there anything about your experience on a jury that would make it difficult for you to sit on this jury?

3. Have any of you ever served on a grand jury in either state or federal court? If so, in what court did you serve? When was your service? How long did you serve? What kind of cases did you hear? Did your grand jury ever return a "No True Bill" to an indictment presented by the prosecutor?

4. Have any of you had formal legal training (law school, college business law course, paralegal training, legal training in the court of employment, etc.) or been employed by a law firm? If so, do you have knowledge or experience in criminal law? If so, please describe your experience. Have you had experience with narcotics investigations? If so, please describe your experience.

5. Have you ever been a witness in a criminal case? If so, what was the charge and what was the outcome in the cases?

6. The Assistant United States Attorneys and the defense counsel attorneys are all lawyers, and thus equal in the eyes of the law, and are each doing his or her best to represent their positions. Is there any member of the panel who would give any more weight to the arguments of the prosecutor than to the defense counsel merely because the prosecutor represents the government or bears the title "Assistant United States Attorney?"

7. Do you know the defendant, Modesto Ramirez? If so, how do you know him?

8. The Government alleges that various weapons, including but not limited to guns, knives and machetes were used as part of the alleged racketeering acts.  Is there any person on the jury panel who has been the victim of a crime in which a firearm or other such weapon was used?  Have you had a close friend or family member who has been the victim of a crime in which a firearm or other such weapon was used?  What happened?  How has that experience affected your life?  Would it adversely affect your ability to be fair and impartial?

9. Does anyone own a firearm?  For what purpose?

10. The Government alleges that the Defendant was a member and/or associate of a gang called the MS-13.  Have you had any experience relating to gang membership and/or have you read or heard anything about gangs, in particular the MS-13, which would affect your ability to be fair and impartial?

11. The Defendant is Hispanic.  Have you had any experience with a person who is Hispanic that would adversely affect your ability to be fair and impartial?

12. The defendant doesn't speak English.  Would that fact affect your ability to be fair and impartial?

13. The Government is alleging that some of the Defendants engaged in narcotics distribution.  Have you or any close member of

your family and friends had any experience with narcotics that would adversely affect your ability to be fair and impartial?

14. Have you or anyone you know ever worked for the U.S. Attorney's Office, the U.S. Department of Justice, a state district attorney's office, the Federal Bureau of Investigation, the Securities and Exchange Commission, state or local law enforcement, the Department of Homeland Security or the Internal Revenue Service?

15. Would you tend to give greater weight or credibility, no matter how slight, to the testimony of federal agents or prosecution witnesses merely because they are employees of, or testifying on behalf of the United States government?

16. Would you give their testimony greater weight or credibility over the defendant or witnesses on his behalf?

17. Has anyone had a particularly positive experience with a law enforcement officer?

18. Because of the experience, is there any possibility that you might give more weight to the testimony of a law enforcement officer?

19. Do you understand the indictment is only a piece of paper notifying the defendant that he has been charged with a crime? Does the fact that an indictment was brought make it more likely that the defendant is guilty than not guilty?

20. Do you have difficulty presuming that the defendant is innocent now?

21. Can you find the defendant not guilty if the government fails to prove his guilt beyond a reasonable doubt?

22. Do you understand that the defendant is presumed innocent until proven guilty by the government beyond a reasonable doubt?

23. Under the United States Constitution, a person accused of a crime does not have to testify as a witness in his own defense or present any witnesses and his silence cannot be used against him. Do you feel that if a defendant does not testify at his own trial, he is more likely guilty than not?

24. Do any of you believe that just because the Defendant is with someone else who is guilty of a crime that the Defendant is automatically guilty because of his association with that person?

25. Do any of you believe that just because the Defendant may have been present when a crime may have been committed that he is automatically guilty because he was there?

26. Do any of you believe that just because an individual may have been convicted of prior crimes that he is therefore guilty of this crime?

27. Some witnesses for the government have agreed to testify in order to receive a reduced sentence in their pending federal criminal case. Is there any member of the panel who would automatically

believe the testimony of such a witness simply because they are cooperating with the government?

                                                                  Respectfully Submitted,
                                                                   Modesto Ramirez
                                                                   By his counsel,

Date: 05-11-18                        /s/ Vivianne Jeruchim_____
                                                                  Vivianne Jeruchim, Esq.
                                                                   BBO #547598
                                                                   Jeruchim & Davenport, LLP
                                                                   50 Congress St., Suite 615
                                                                   Boston, MA  02109
                                                                   617/720-6047

## CERTIFICATE OF SERVICE

     I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on May 11, 2018.

Date: 05-11-2018                    /s/ Vivianne Jeruchim_____
                                                                 Vivianne Jeruchim, Esq.