UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Action |
| | ) | |
| HERZZON SANDOVAL, | ) | No. 15-10338-FDS |
| EDWIN GUZMAN, | ) | |
| CESAR MARTINEZ, | ) | |
| ERICK ARGUETA LARIOS, | ) | |
| Defendants | ) | |

BEFORE: THE HONORABLE F. DENNIS SAYLOR, IV

JURY TRIAL DAY 16

John Joseph Moakley United States Courthouse
Courtroom No. 2
1 Courthouse Way
Boston, MA 02210

February 21, 2018

Valerie A. O'Hara
Official Court Reporter
John Joseph Moakley United States Courthouse
1 Courthouse Way, Room 3204
Boston, MA 02210
E-mail: vaohara@gmail.com

APPEARANCES:

For The United States:

United States Attorney's Office, by CHRISTOPHER J. POHL, ASSISTANT UNITED STATES ATTORNEY, and KELLY BEGG LAWRENCE, ASSISTANT UNITED STATES ATTORNEY, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02110;

For the Defendant Herzzon Sandoval:

Foley Hoag LLP, by MARTIN F. MURPHY, ESQ. and MADELEINE K. RODRIGUEZ, ATTORNEY, 155 Seaport Boulevard, Boston, Massachusetts 02210;

For the Defendant Edwin Guzman:

Lawson & Weitzen, by SCOTT P. LOPEZ, ESQ., 88 Black Falcon Avenue, Suite 345, Boston, Massachusetts 02210

For the Defendant Erick Arueta Larios:

THOMAS J. IOVIENO, ESQ., 345 Neponset Street Canton, MA 02021;

For the Defendant Cesar Martinez:

Stanley W. Norkunas, 11 Kearney Square, Howe Building, Suite 202, Lowell, Massachusetts 01852.

ROBERT M. SALTZMAN, ESQ., 1 Central Street, Suite 5, Stoneham, Massachusetts 02180.

ALSO PRESENT: Gabriel Haddad, Spanish Interpreter
Carrie Lilley, Spanish Interpreter

PROCEEDINGS

THE CLERK: All rise for the jury.

(JURORS ENTERED THE COURTROOM.)

THE CLERK: Thank you. Good morning, ladies and gentlemen. It looks like we have all twelve of you and three alternates, so I will instruct you to resume your deliberations. If I haven't I heard from you otherwise, I'm going to check in probably at about ten minutes to four, maybe like quarter to four, anyway, no later than that.

09:04AM I also wanted to -- I hope I don't need to clarify this, but I will anyway. Yesterday when I said that we need to keep the alternates around because sometimes things happen to jurors, what I mean is things like they get the flu, not more serious than that. With that, I instruct you to retire and resume your deliberations.

THE CLERK: All rise.

(JURORS EXITED THE COURTROOM.)

(Jury deliberating)

THE CLERK: All rise for the jury.

03:54PM (JURORS ENTERED THE COURTROOM.)

THE COURT: Ladies and gentlemen, it's again time where I have to leave for the day. It's about a few minutes before four. I'm inferring you want to come back tomorrow; is that correct? All right. Nine o'clock. All right, nine o'clock it is. We will assemble in the courtroom at nine

o'clock, make sure you're all here, and then I'll instruct you to resume your deliberations. Please take special care not to discuss the case with anyone outside the courtroom and to ignore any media reports of any kind, and I will see you tomorrow morning at 9:00.

THE CLERK: All rise.

(JURORS EXITED THE COURTROOM.)

(Whereupon, the hearing was adjourned at 12:59 p.m.)

C E R T I F I C A T E

UNITED STATES DISTRICT COURT )
DISTRICT OF MASSACHUSETTS ) ss.
CITY OF BOSTON )

I do hereby certify that the foregoing transcript was recorded by me stenographically at the time and place aforesaid in Criminal Action No. 15-10338-FDS, UNITED STATES vs. HERZZON SANDOVAL, et al., and thereafter by me reduced to typewriting and is a true and accurate record of the proceedings.

Dated this 22nd day of June, 2018.

s/s Valerie A. O'Hara

_____________________________

VALERIE A. O'HARA
OFFICIAL COURT REPORTER